AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**Ignacio GONZALEZ-Garcia (21)**<br><br>Guerrero, Mexico<br><br>*Defendant(s)* | ) | Case No. L-19-po-55072 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 27, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1325(a)(3) | an alien, a native and citizen of Mexico did attempt to enter the United States by a willfully false and misleading representation and willfully concealment of a material fact |

This criminal complaint is based on these facts:

On or about June 27, 2019, at approximately 8:19 am, the defendant, a citizen and national of Mexico, applied for admission into the United States at the Lincoln / Juarez Port of Entry in Laredo, Texas as a passenger in a taxi. At time of entry, defendant presented a State of Texas birth certificate bearing the name of Zenaido LOPEZ-Soriano along with a counterfeit Mexican identification card to CBP Officer Eli Vazquez and claimed to be such person a United States Citizen born in Dallas, Texas. The defendant was referred to secondary for further inspection. Secondary was conducted by CBP Enforcement Officers James Cooper, Frank Guardado and Jose C. Luna. Subject later identified himself as Ignacio GONZALEZ-Garcia, a citizen and national of Mexico. CBP records revealed defendant does not possess legal documents to come to, enter or remain in the United States. Facts are based on defendant's sworn statement and records of Customs and Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Frank S. Guardado
*Complainant's signature*

Frank S. Guardado, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence

Affiant Frank Guardado
sworn and attested
on June 27, 2019, at 3:35 PM,
at Laredo, Texas.

June 27, 2019

Laredo, Texas

Diana Song Quiroga U.S. Magistrate Judge

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE